1  Denise B Haley
   Attorney at Law:   143709
2  Law Offices of
   Lawrence D. Rohlfing
3  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
4  Tel.: (562)868-5886
   Fax: (562)868-5491
5  E-mail: rohlfing_office@speakeasy.net

6  Attorneys for Plaintiff
   Mr. Charles Thomas Williams

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES THOMAS WILLIAMS, | Case No.: 09-2395 CT |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) *as modified by the Court.* |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to *Denise B. Haley* ~~«Attorney_Name»~~ *the Law Offices of Lawrence D. Rohlfing (?)*, as Plaintiff's assignee and subject to the reservation of rights, the amount of $3,000.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 10/26/09

_____
THE HONORABLE CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 | /s/ Denise B Haley

4 | Denise B Haley
Attorney for plaintiff Mr. Charles Thomas Williams